IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA CASE NO. 26-MJ-90099-01-GEB

VS.

MARISA LEIGH RITACCO

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about August 9, 2026, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas MARISA LEIGH RITACCO did unlawfully commit an assault by striking, beating, and wounding another, to wit: NICHOLAS CARMEN RITACCO, in violation of Title 18, United States Code, Section 113(a)(4). **(Assault) (Class A Misdemeanor)**

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

CHRISTINE M.T. LADNER
Special Assistant U.S. Attorney
Kansas Bar Number #12414
Office of the Staff Judge Advocate
216 Custer Avenue
Fort Riley, KS 66442
Telephone: (785) 239-6392
christine.m.ladner.civ@army.mil

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed 9/15/2026

HON GWYNNE E. BIRZER
U.S. Magistrate Judge